**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMAR JARVIS BURGESS,<br>aka James Wells,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 26-cr-103 (1) (NEB/SGE)<br>Date: October 9, 2026<br>Court Reporter: Renee Rogge<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Time Commenced: 12:15 p.m.<br>Time Concluded: 1:10 p.m.<br>Time in Court: 55 minutes |

APPEARANCES:
Plaintiff: Evan Gilead, Assistant U.S. Attorney
Defendant: William Mauzy and William Dooling, Retained Attorneys

PROCEEDINGS:

PLEA HEARING:
☒ Guilty as to Counts 1 and 8 of the Indictment.
☒ Presentence Investigation Report Requested.
☒ Defendant is remanded to the custody of the USM.

Date: October 9, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel